**Randy G. SPENCER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51614.**

Missouri Court of Appeals,
Western District.

June 18, 1996.

---

3. The record does not indicate whether the North Kansas City School District offered summer classes.

**54** ■

Rose M. Wibbenmeuyer, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., John Munson Morris, Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

### *ORDER*

PER CURIAM.

The Movant's amended motion for post-conviction relief under Rule 24.035 was denied after evidentiary hearing. Judgment affirmed. Rule 84.16(b).